UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       v.                              04-CR-189-A (17)

JUSTIN PALMER,

            Defendant.

---

**ORDER FORFEITING FIREARM**

**WHEREAS**, based upon the Plea Agreement entered into between the defendant, JUSTIN PALMER, and the Government on or about May 11, 2006, the defendant agreed to the entry of an Order of Forfeiture against the following property:

    a.    One Remington 12 gauge shotgun, bearing serial number T729747V, and approximately 62 shotgun shells; and

    b.    One Kel Tech 9 millimeter rifle, bearing serial number 10036, one Kel Tech rifle box with serial number 10036, and approximately 30 9-millimeter rounds.

**NOW THEREFORE**, it is hereby;

**ORDERED, ADJUDGED and DECREED**, that pursuant to Title 18, United States Code, Section 924(d) and 3665 and New York State Penal Law, Section 400.05, the above-described property is hereby condemned and forfeited to the United States of America and the

Buffalo Police Department shall dispose of said property according to law.

    IT IS SO ORDERED.

                         /s/ *Richard J. Arcara*
                         HONORABLE RICHARD J. ARCARA
                         CHIEF JUDGE
                         UNITED STATES DISTRICT COURT

DATED: July   14    , 2006